**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | |
|---|---|
| DEBTOR: **Madhu Uberoi** | JOINT DEBTOR: _____ CASE NO.: **11-13423** |
| Last Four Digits of SS# **xxx-xx-4537** | Last Four Digits of SS# _____ |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

   A.  $ **5,000.00**   for months **1** to **60** ;
   B.  $ _____   for months ____ to ____ ;
   C.  $ _____   for months ____ to ____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $ **3,500.00**   TOTAL PAID $ **3,500.00**
                 Balance Due      $ **-NONE-**  payable $ _____ /month   (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**          Arrearage on Petition Date  $ _____
Address: _____     Arrears Payment  $ _____ /month  (Months _ to _)
Account No: _____  Regular Payment  $ _____ /month  (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.  **Internal Revenue Service
    PO Box 21126;
    Philadelphia, PA
    19114-0326**      Total Due  $ **270,900.00**
                       Payable    $ **4,515.00** /month    (Months **1** to **60**)   Regular Payment $ **N/A**

Unsecured Creditors:  Pay $ **30.45** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
  **Rejected Contracts and/or Leases**
   **-NONE-**
  **Assumed Contracts and/or Leases**
   The Debtor assumes and will pay directly the obligation to Chase (7508).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  **/s/ Madhu Uberoi**
  **Madhu Uberoi**
  Debtor

  Date:  **February 18, 2011**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy